UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRACE JI YUN CHUNG,

    Plaintiff,

  v.

NBGI, INC.,

    Defendant.

          /

No. C 09-4878 MHP

**MEMORANDUM & ORDER**

**Re:** Dismissal for Lack of Prosecution

## BACKGROUND

Plaintiff Grace Ji Yun Chung ("plaintiff") filed this action against defendants NBGI, Inc. ("NBGI"), GMAC Mortgage, LLC ("GMAC") and ETS Services, LLC ("ETS") (collectively "defendants") alleging multiple violations of federal and state law for failing to make proper disclosures in connection with the refinance of her home. Having considered the parties failure to comply with the court's orders, the court now enters this memorandum and order dismissing this action pursuant to Federal Rule of Civil Procedure 41(b).

## LEGAL STANDARD

Federal Rule of Civil Procedure 41(b) allows for the dismissal of an action for failure of a plaintiff to comply with a court order. In determining whether to dismiss a case for failure to comply with a court order, the courts consider the following five factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of

prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives." *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-1261 (9th Cir. 1992). The court need not make explicit findings regarding each factor. *Id.* at 1261.

DISCUSSION

On December 12, 2009, the court dismissed plaintiff's claims as to defendants GMAC and ETS, leaving NBGI as the sole defendant. Docket No. 20 (Order Granting Motion to Dismiss). On March 30, 2010, the court denied plaintiff's motion for preliminary injunction. Docket No. 21 (Order Denying Plaintiff's Motion for Preliminary Injunction). Thereafter the court set the following dates: September 27, 2010, for a further case management conference, and September 20, 2010, by which time the parties were to file their Joint Case Management Statement. The parties did not file a Joint Case Management Statement by the court's deadline; neither did plaintiff, plaintiff's counsel, defendant nor defendant's counsel appear before the court as scheduled on September 27, 2010. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the court now dismisses this action for failure to comply with the court's orders and failure to prosecute.

CONCLUSION

IT IS SO ORDERED.

Dated: October 1, 2010

MARILYN HALL PATEL
United States District Court Judge
Northern District of California

2